**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7245**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANDRE GERARD LEWIS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge. (CR-99-314, CA-01-88-3)

─────────────

Submitted: October 4, 2001          Decided: October 12, 2001

─────────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Andre Gerard Lewis, Appellant Pro Se. John Staige Davis, V, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andre Gerard Lewis seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Lewis' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Lewis, Nos. CR-99-314; CA-01-88-3 (E.D. Va. July 19, 2001). We deny Lewis' motion for inspection of grand jury transcripts. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED